JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

| | |
|---|---|
| YOLANDA SANCHEZ, | Case No.: 2:18-cv-00706-FMO-GJS |
| Plaintiff, | **ORDER ON STIPULATION [17] FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: August 16, 2018            _____/s/_____
                                                         Fernando M. Olguin
                                                         UNITED STATES DISTRICT JUDGE

1